SCANNED
DATE: 6/15/04
BY:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **04 11378 GAO** |
| Plaintiff, | ) | |
| v. | ) | Court No.    MAGISTRATE JUDGE _____ |
| | ) | RECEIPT # _____ |
| | ) | AMOUNT $ N/A |
| LESLIE CRONISTER, | ) | SUMMONS ISSUED  Yes |
| | ) | LOCAL RULE 4.1 ___ |
| Defendant. | ) | WAIVER FORM ___ |
| | | MCF ISSUED ___ |
| | | BY DPTY. CLK. ___ |
| | | DATE  6/15/04 |

**COMPLAINT**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, states as its complaint that:

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. § 1345.

2. The defendant, Leslie Cronister (hereinafter "Cronister"), resides in the District of Massachusetts at 50 Chouteau Avenue, Framingham, MA 01701.

3. On February 19, 1999, the Plaintiff executed the Special Pay Agreement to receive special pay pursuant to 39 U.S.C. § 7431. Pursuant to the terms of the Special Pay Agreement signed by the Defendant, the Defendant agreed to refund a percentage of special pay in the event of resignation. On December 2, 2000, the Defendant voluntarily resigned from the Veterans Affairs employment. See the Special Pay Agreement attached hereto as Exhibit "A" and incorporated herein.

4.     Cronister is indebted to the United States in the principal amount of $7,628.97 plus interest and administrative charges computed at the rate of 5.0 percent per annum for a total amount of $10,346.08 as of May 28, 2004. Thereafter, interest on the principal amount will accrue at the rate of 5.0 percent per annum until the date of judgment. See the Certificate of Indebtedness attached hereto as Exhibit "B" and incorporated herein.

5.     Cronister has failed to repay the aforesaid sum although demand has been duly made.

WHEREFORE, the United States demands judgment against Cronister in the principal amount of $7,628.97; plus interest and administrative charges in the amount of $2,717.11; plus interest on this principal at an annual rate of 5.0 percent per annum until the date of judgment. The United States further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment accrue at the legal rate until paid in full.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By: *Christopher R. Donato*

CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3328

Dated: June 15, 2004



EXHIBIT
A

# SPECIAL PAY AGREEMENT
## TO RECEIVE SPECIAL PAY UNDER 38 U.S.C. 7431

1. As a consequence of my receipt of Special Pay for which I qualify under regulations issued by the Secretary of Veterans Affairs hereinafter referred to as the Secretary, I hereby agree to serve in the Veterans Health Administration (VHA) of the Department of Veterans Affairs (VA) for the period beginning  02-28-99 ; and ending 02-27-2003; however, this agreement does not alter the applicability of VHA regulations and procedures concerning terms, conditions, and duration of employment, and this agreement does not constitute an employment contract.

2. This agreement shall be effective upon approval by the Secretary (or designee) of the amount payable, provided I am otherwise eligible; and my entitlement to Special Pay shall commence on the date prescribed in accordance with regulations.

3. I acknowledge that in the event I voluntarily or because of misconduct fail to complete any of the year(s) of service (measured from the anniversary date of my agreement) in a position(s) which entitles me to receive Special Pay, I will refund the specified percentage (listed below) of Special Pay I have received that year unless the Chief Medical Director (CMD), in accordance with prescribed regulations, determines that my failure to complete my agreed period of service is due to circumstances which are beyond my control. It is further agreed that the amounts of the specified percentages will be a debt due to the United States, which I hereby agree to pay in full as directed by the Department of Veterans Affairs. The specified percentages are: (a) 100 percent of the special pay received under the agreement if the failure occurs during the first year; (b) 75 percent of the special pay received in the second year if the failure occurs during that year; (c) 50 percent of the special pay received in the third year if the failure occurs during that year; and (d) 25 percent of the special pay received in the fourth year if the failure occurs during that year.

4. I understand that my entitlement to Special Pay under this agreement will terminate when any of the following occur:

   a. Separation from employment with the Veterans Health Administration for any reason.

   b. Assignment to an excluded category.

   c. Completion of agreed period of service, or enactment of superseding law.

   d. My specific written request to terminate Special Pay.

   e. Execution of a superseding agreement.

5. I understand that a general increase in the rates of basic pay of persons receiving Special Pay may result in a reduction in the amount of the Special Pay I subsequently receive under this agreement.

6. I acknowledge that the regulations in MP-5, part II, chapter 3, section B, and the VHA Supplement thereto issued by the Secretary (or designee) to implement Special Pay are incorporated into and made a part of this agreement and I have read a copy of those regulations.

7. I acknowledge that the Secretary (or designee), may, pursuant to regulations, adjust the amount of Special Pay to which I am entitled to reflect appropriately any change in my position status from full-time to part-time, from part-time to full-time, from one proportion of part-time employment to another proportion of part-time employment, or to reflect a change in time spent in a position, specialty, or the level of responsibilities to which I am assigned.

| SIGNATURE OF PHYSICIAN OR DENTIST *[signed]* | DATE |
|---|---|
| LESLIE C. CRONISTER, M.D., ACOS/AMB CARE | 2-19-99 |
| APPROVAL BY THE SECRETARY OR (DESIGNEE) OR CMD OR (DESIGNEE) *[signed]* | EFFECTIVE DATE |
| JOHN R. FEARS, MEDICAL CENTER DIRECTOR | 02-28-99 |

VA FORM 10-5379a  
JUL 1991

SUPERSEDES ALL PREVIOUS EDITIONS

*U.S. Government Printing Office: 1993 — 721-183/80090

DEPT OF VETERANS AFFAIRS
CARL T HAYDEN
VA MEDICAL CENTER
650 E INDIAN SCHOOL ROAD
PHOENIX AZ  85012

## AGENCY NAME
## CITY AND STATE

## CERTIFICATE OF INDEBTEDNESS

**DEBTOR(S) NAME(S) AND ADDRESS(ES)**

LESLIE CRONISTER

50 CHOUTEAU AVENUE

FRAMINGHAM MA    01701

TOTAL DEBT DUE UNITED STATES AS OF  MAY 28, 2004   $10,346.08

I certify that  K136732  records show that the debtor(s) named above is/are indebted to the United States in the amount stated above, plus additional interest on the principal balance of $ 7,628.97 from 12-06-00 at the annual rate of  5 %. Interest accrues on the principal amount of this debt at the rate of $ 1.10 per day.

**EXHIBIT B**

CERTIFICATION: Pursuant to 28 USC section 1746, I certify under penalty of perjury that the foregoing is true and correct.

5/28/04                    JANE BEYER  FINANCIAL MANAGER
(Date)                          (Name and Title)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) _____ v. Leslie Cronister

FILED
CLERK'S U.S. OFFICE
2004 JUN 15 P 2: 21
U.S. DISTRICT COURT
DIST. OF MASS.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   __  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   __  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   __  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   __  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   ✗   V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

_____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

                                        YES ___        NO ___

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

                                        YES ___        NO ___

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

                                        YES ___        NO ___

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

                                        YES ___        NO ___

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

                                        YES ___        NO ___

   A.  IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

       **EASTERN DIVISION**          CENTRAL DIVISION           WESTERN DIVISION

   B.  IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

       EASTERN DIVISION              CENTRAL DIVISION           WESTERN DIVISION

(PLEASE TYPE OR PRINT)  Christopher R. Donato,        Assistant U.S. Attorney
ATTORNEY'S NAME _____
ADDRESS         U.S. Attorney's Office, 1 Courthouse Way-Suite 9200, Boston, MA 02210
TELEPHONE NO.   617 748 3303

(Cover sheet local.wpd - 11/27/00)

# CIVIL COVER SHEET

JS 44 (Rev. 3/99)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNTIED STATES OF AMERICA

### DEFENDANTS
LESLIE CRONISTER

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Middlesex 25017
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney'S (Firm Name, Address, and Telephone Number)
CHRISTOPHER R. DONATO, AUSA
1 COURTHOUSE WAY, SUITE 9200
BOSTON, MA 02210
(617) 748-3303

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PLF | DEF | | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- [X] 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability

### REAL PROPERTY
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury

**PERSONAL INJURY**
- 362 Personal Injury – Med. Malpractice
- 365 Personal Injury – Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

### CIVIL RIGHTS
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 444 Welfare
- 440 Other Civil Rights

### PRISONER PETITIONS
- 510 Motions to Vacate Sentence
  Habeas Corpus:
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

### FORFEITURE/PENALTY
- 610 Agriculture
- 620 Other Food & Drug
- 625 Drug Related Seizure of Property 21 USC
- 630 Liquor Laws
- 640 R.R & Truck
- 650 Airline Regs.
- 660 Occupational Safety/Health
- 690 Other

### LABOR
- 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt. Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- 820 Copyrights
- 830 Patent
- 840 Trademark

### SOCIAL SECURITY
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

### FEDERAL TAX SUITS
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS - Third Party 26 USC 7609

### OTHER STATUTES
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce/ICC Rates/etc.
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 810 Selective Service
- 850 Securities/Commodities/Exchange
- 875 Customer Challenge 12 USC 3410
- 891 Agricultural Acts
- 892 Economic Stabilization A
- 893 Environmental Matters
- 894 Energy Allocation Act
- 895 Freedom of Information Act
- 900 Appeal of Fee Determin Under Equal Access to Justice
- 950 Constitutionality of St Statutes
- 890 Other Statutory Action

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

38 U.S.C. SECTION 7431   Special Pay Agreement

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ $10,346.08

CHECK YES only if demanded in comp
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 6/15/04

SIGNATURE OF ATTORNEY OF RECORD: Christopher R. Donato

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.