UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LESLIE CRONISTER, )<br>)<br>Defendant. ) | Court No. 04-11378-GAO |

**SUPPLEMENTAL AFFIDAVIT FOR DEFAULT JUDGMENT**

I, Nancy M. Rojas, state under oath that:

1. I am a Paralegal with the United States Attorney's Office Financial Litigation Unit located in Boston, Massachusetts.

2. In that capacity, I process and maintain debt collection cases, including the case of Leslie Cronister (hereinafter "Cronister"). I am also the custodian of the records for such cases.

3. According to the records, which I have examined, and to the best of my knowledge, Cronister is neither an infant nor an incompetent person.

4. According to the records of the Department of Defense Manpower Data Center, the defendant is not an active member of the armed services of the United States and is not entitled to protection under the Soldiers' and Sailors' Civil Relief Act of 1940.

5.  Upon the claim stated in the complaint, as of January 12, 2005, Cronister is indebted to the United States for the principal amount of $8,777.03; plus $1,660.40 accrued interest at the rate of 5.0 percent; plus costs for this action, including a $150.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

_____
Nancy M. Rojas
Paralegal

Date: January 12, 2005

Signed and sworn to before me at Boston, Massachusetts, on this 12 day of Jan., 2005

_____
Notary Public

My commission expires:

> JOANNE L. ALBANO
> Notary Public
> Commonwealth of Massachusetts
> My Commission Expires
> December 25, 2009