## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__UNITED STATES OF AMERICA__
        Plaintiff(s)

v.                                    CIVIL ACTION NO. __04-11378-GAO__

__LESLIE CRONISTER__
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

__O'TOOLE__, D.J.

___    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

The plaintiff, United States of America, is to recover from the defendant, Leslie Cronister, the sum of $11,924.17, plus interest from the date of judgment at the legal rate of 2.82 percent, computed daily and compounded annually until paid in full; plus costs for this action, including a $150.00 filing fee pursuant to 28 USC sec. 1914.

                                                    TONY ANASTAS,
                                                    CLERK OF COURT

Dated: __1/14/05__                     By __Paul S. Lyness__
                                                      Deputy Clerk