UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 04-11378-GAO |
| LESLIE CRONISTER ) | |
| Defendant, ) | |
| ) | |
| *and* ) | |
| ) | |
| DISABILITY DETERMINATION ) | |
| SERVICES ) | |
| Garnishee. ) | |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

Pursuant to 28 U.S.C. § 3205(b)(1)[1], the Federal Debt Collection Procedures Act, the

Plaintiff, United States of America, petitions the Clerk of the United States District Court to

issue a Writ of Continuing Garnishment upon wages, which Disability Determination Services,

located in Boston, MA is believed to disburse to the Defendant, Leslie Cronister (hereinafter

"Cronister") to satisfy a $11,926.57 judgment entered against Cronister.

In support, the United States says:

1.      On January 14, 2005, a $11,926.57 judgment was entered against Cronister, social

---

[1]      Under 28 U.S.C. § 3205(b)(1), the United States files an application for writ of garnishment with the specified information with the Court. If the Court determines that the requirements are met, the Court shall issue the writ of garnishment. 28 U.S.C. § 3205(c)(1). Once the Court issues the writ of garnishment, the United States serves the writ on the defendant and the garnishee and certifies to the Court that it has done so. 28 U.S.C. § 3205(c)(3). Included with the service of the writ on the garnishee is an instruction explaining the requirement that the garnishee submit a written answer to the writ. 28 U.S.C. § 3205(c)(3)(A). Included with the service of the writ on the defendant are instructions for objecting to the answer of the garnishee and for obtaining a hearing on the objections. 28 U.S.C. § 3205(c)(3)(B). The garnishee shall answer the writ within 10 days of service. 28 U.S.C. § 3205(c)(2)(E). The defendant and the United States have 20 days after receipt of the answer to file an objection and request a hearing. 28 U.S.C. § 3205(c)(5). After the garnishee files an answer and if no hearing is requested within the required time period, the court shall promptly enter an order directing the garnishee as to the disposition of the judgment debtor's nonexempt interest in such property. If a hearing is timely requested, the order shall be entered within 5 days after the hearing, or as soon thereafter as practicable. 28 U.S.C. § 3205(c)(7).

security number 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, last known address in Framingham, MA in the United States

District Court for the District of Massachusetts.

2.      Cronister is indebted to the United States for the judgment amount of $11,926.57;

plus accrued interest at the rate of 2.82% percent per annum.  The total balance as of February 1,

2006 is $12,359.95.

3.      The United States made demand for payment of the aforementioned debt upon

Cronister not less than 30 days prior to the date of this Application, and Cronister has failed to

satisfy the debt.

4.      The United States believes the Garnishee, Disability Determination Services,

disburses wages to Cronister, and that Cronister has a substantial nonexempt interest in such

wages.

WHEREFORE, the United States of America petitions the Clerk of the United States

District Court to issue a Writ of Garnishment upon wages, which Disability Determination

Services is believed to disburse to Cronister, to satisfy the $11,926.57 judgment entered against

Cronister on January 14, 2005.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:

 /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3303

Dated:  February 1, 2006