UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff, | )<br>)<br>) |
| v. | )<br>)    04-11378-GAO |
| LESLIE CRONISTER<br>      Defendant, | )<br>)<br>) |
| and | )<br>) |
| DISABILITY DETERMINATION<br>SERVICES<br>      Garnishee. | )<br>)<br>)<br>) |

### WRIT OF CONTINUING GARNISHMENT

GREETINGS TO:

LaRoyce Jacks-Mason
Payroll Supervisor
DCS
600 Washington Street, 2nd Floor
Boston, MA 02111

The United States of America believes that you disburse wages to the defendant, Leslie Cronister, (hereinafter "Cronister") and that she has a substantial nonexempt interest in such wages.

On January 14, 2005, judgment was entered against Cronister in the United States District Court for the District of Massachusetts.

Cronister, whose last known address in Framingham, MA, is indebted to the United States for the judgment amount of $11,926.57, plus accrued interest at the rate of 2.82% percent per annum. The total balance as of February 1, 2006 is $12,359.95.

Pursuant to 28 U.S.C. § 3205©, you must state under oath in your written answer to this Writ whether you have in your custody, control, or possession any property owned by Cronister, including disposable income, and, if so, you must describe such property and the value of such interest. You must then describe any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt. You must also state the amount of debt, if any, you anticipate owing to Cronister in the future and the type of payment schedule.

You must withhold and retain any property that Cronister has a substantial nonexempt interest and for which you are or may become indebted to Cronister pending further order of the Court. Property that is exempt from this Writ is listed on the attached Claim for Exemption form.

You must file, within ten (10) days of service of this Writ, your original written answer to this Writ with the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210. You must also serve a copy of your answer to this Writ upon both Leslie Cronister, in MA 01701 and Christopher R. Donato, Assistant U.S. Attorney, Financial Litigation Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to answer this Writ and to so withhold property before the appearance date. If you fail to appear, or do appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of Cronister's nonexempt property. It is illegal to pay or deliver to Cronister any item attached by this Writ.

Pursuant to 15 U.S.C. § 1674, you are prohibited from discharging Cronister from employment because his/her earnings have been subjected to garnishment for any one indebtedness.

                                      Sarah A. Thornton  
                                      Clerk, United States District Court

                  By:    */s/ Paul S. Lyness*  
                           Deputy Clerk

Dated: 2/7/06