UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LESLIE CRONISTER | )    04-11378-GAO |
| | ) |
| Defendant, | ) |
| | ) |
| *and* | ) |
| | ) |
| DISABILITIES AND COMMUNITY SERVICES | ) |
| | ) |
| Garnishee. | ) |

CERTIFICATION OF SERVICE OF DOCUMENTS

The Plaintiff, United States of America, certifies that on the date set forth below the Defendant, Leslie Cronister, last known address in Framingham, MA, was served by certified mail the following documents:

1. Copy of Application for Writ of Continuing Garnishment.

2. Copy of Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3. Clerk's Notice of Garnishment.

4. Notice of Garnishment and Instructions.

5. Request for Hearing

The United States of America further certifies that on the date set forth below, the Garnishee, Disabilities and Community Services, LaRoyce Jacks-Mason in Boston, MA, was served by certified mail the following documents:

1.  Copy of Application For Writ of Continuing Garnishment.

2.  Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3.  Answer of the Garnishee and accompanying instructions.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Christopher R. Donato
      CHRISTOPHER R. DONATO
      Assistant U.S. Attorney
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      (617) 748-3303

Date: February 8, 2006