UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,  )<br>          )<br>    v.  )<br>          )<br>LESLIE CRONISTER  )<br>    Defendant,  )<br>          )<br>    *and*  )<br>          )<br>DISABILITY DETERMINATION  )<br>SERVICES  )<br>    Garnishee.  )  | Court No. 04-11378-GAO |

**MOTION FOR WITHDRAWAL OF APPLICATION
FOR WRIT OF CONTINUING GARNISHMENT**

The Plaintiff, United States of America, hereby moves to withdraw its Application for Writ of Continuing Garnishment as that the defendant, Leslie Cronister, has agreed to enter into a payment plan agreement with the United States of America.

              Respectfully submitted,

              UNITED STATES OF AMERICA
              By its attorneys

              MICHAEL J. SULLIVAN
              United States Attorney

By:

              /s/ Christopher R. Donato
              CHRISTOPHER R. DONATO
              Assistant U.S. Attorney
              1 Courthouse Way, Suite 9200
              Boston, MA  02210
              (617) 748-3303

Dated: March 20, 2006